UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CECILLE KILAYKO-GULLAS,<br><br>                               Plaintiff,<br><br>          -against-<br><br>EAST END TEMPLE,<br><br>                               Defendant. | 1:20-CV-5690 (LLS)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued October 26, 2020, dismissing this action,

IT IS ORDERED, ADJUDGED AND DECREED that this action is dismissed. The Court dismisses Plaintiff's claims under 42 U.S.C. § 1983 for failure to state a claim on which relief may be granted. 28 U.S.C. § 1915(e)(2)(B)(ii). The Court declines to consider, under its supplemental jurisdiction, Plaintiff's claims under state law. 28 U.S.C. § 1367(c)(3).

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   October 26, 2020
         New York, New York

                                                      _Louis L. Stanton_
                                                         Louis L. Stanton
                                                              U.S.D.J.